UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **THEODORE**<br>Plaintiff<br><br>v.<br><br>**TOWN OF PUTNAM, et al**<br>Defendant | Civil Action<br>No: 1:12-cv-416 |

## JUDGMENT

     This action came before the Court for trial.  The issues have been heard and the Court has rendered its decision.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS** as to all counts based on the findings and ruling in open court with the limitations therein described.

**So Approved**

  **/s/ William G. Young, U.S.D.J.**

                                                                                                                         **/s/ Jennifer Gaudet**
                                                                                                                         **Deputy Clerk**

September 13, 2012

**To: All Counsel**